UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Plaintiff,

-against-

KELA SIMUNYOLA, et al.,

Defendants.

25-CV-2928 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 15, 2026, Plaintiff filed a motion for a default judgment against Defendants New York State Department of Taxation and Finance and NFS Leasing, Inc. under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 74. The same motion seeks a judgment of foreclosure against all defendants in this case. *Id.* Pursuant to ECF No. 80, Defendants New York State Department of Taxation and Finance and NFS Leasing, Inc. were ordered to show cause why default judgment should not be granted against them by June 12, 2026. The Court received no filing. Accordingly, the parties are directed to appear for a default hearing on **October 15, 2026, at 2:30 PM**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 507717240#. Plaintiffs are directed to serve this Order upon Defendants by September 2, 2026, and file proof of the same on the docket by September 4, 2026.

Dated: August 25, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge